USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/7/2016

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- X
AMIRA NATURE FOODS, LTD., :
:
                    Plaintiff, :
: 15-CV-9655 (VEC)
:
               -against- : ORDER
:
PRESCIENCE POINT LLC; PRESCIENCE :
PARTNERS, LP; PRESCIENCE INVESTMENT :
GROUP LLC; PRESCIENCE CAPITAL, LLC; :
EIAD ASBAHI; and JOHN DOES 1-10, :
:
                  Defendants. :
------------------------------------------------------------- X

VALERIE CAPRONI, United States District Judge:

       For the reasons stated at the October 7, 2016 Oral Argument, it is hereby ORDERED that:

1. Defendants' Motion to Dismiss the Amended Complaint (Dkt. 55) is DENIED in part as to the defamation claims and is GRANTED in part as to the trade libel claim and the section 10(b) claim. Accordingly, Plaintiff's trade libel and section 10(b) claims are dismissed. The Clerk of Court is respectfully directed to close Docket Entry 55.

2. On or before **October 21, 2016,** Plaintiff must inform the Court whether it wishes to request leave to amend its complaint.

3. The parties must meet and confer to discuss a joint discovery plan. On or before **October 31, 2016**, the parties must file a joint letter that, if the parties agree on how to proceed, proposes an agreed-upon discovery schedule or, if the parties do not agree,

provides each party's proposed discovery schedule.

**SO ORDERED.**

**Date:  October 7, 2016**
**New York, New York**

_____
**VALERIE CAPRONI**
**United States District Judge**