## quinn emanuel trial lawyers | new york

51 Madison Avenue, 22nd Floor, New York, New York 10010-1601 | TEL (212) 849-7000 FAX (212) 849-7100

WRITER'S DIRECT DIAL NO.
(212) 849-7471

WRITER'S EMAIL ADDRESS
coreyworcester@quinnemanuel.com

January 6, 2017

**VIA ECF**

The Honorable Valerie E. Caproni
United States District Court
Southern District of New York
40 Foley Square, Room 240
New York, NY 10007

Re:   *Amira Nature Foods, Ltd. v. Prescience Point LLC, et al.*, No. 15-cv-09655 (VEC)

Dear Judge Caproni:

Pursuant to the Court's November 1, 2016 Order (ECF # 71), Plaintiff Amira Nature Foods, Ltd. and Defendants Prescience Point LLC, Prescience Partners, LP, Prescience Investment Group LLC, Prescience Capital, LLC, and Eiad Asbahi (collectively, the "Parties") write jointly to report on the status of discovery.

The Parties agreed to try to resolve this dispute without further litigation and began a mediation process. So far, the Parties have not resolved their issues, but they have agreed to continue to engage in settlement talks while moving forward with discovery.

The Parties exchanged initial disclosures on December 28, 2016. Plaintiff served its First Set of Interrogatories on Defendants on December 29, 2016. Defendants served their first set of interrogatories on January 6, 2016. On December 30, 2016, the Parties jointly filed a Proposed Stipulated Protective Order (ECF # 73) and a Proposed Order Regarding Electronically Stored Information ("ESI") (ECF # 74). The Court so-ordered each on January 4, 2017 (ECF # 75 & 76).

Having exchanged initial disclosures last week, the Parties intend to begin negotiating custodians and commencing document discovery in due course. The parties will update the Court if they believe that they need the Court's assistance in resolving any discovery disputes or providing relief from any deadlines.

Respectfully Submitted,

| | |
|---|---|
| /s/ Corey Worcester | /s/ Joseph L. Sorkin |
| R. Corey Worcester | Joseph L. Sorkin |
| QUINN EMANUEL URQUHART & SULLIVAN LLP | AKIN GUMP STRAUSS HAUER & FELD LLP |
| 51 Madison Avenue | One Bryant Park |
| 22nd Floor | Bank of America Tower |
| New York, NY 10010 | New York, NY 10036 |
| (212) 849-7000 | (212) 872-1000 |
| coreyworcester@quinnemanuel.com | jsorkin@akingump.com |
| *Counsel for Amira Nature Foods, Ltd.* | *Counsel for Prescience Point LLC, Prescience Parters, LP, Presdience Investment Group LLC, Prescience Capital, LLC, Eiad Asbahi* |