**quinn emanuel** trial lawyers | new york

51 Madison Avenue, 22nd Floor, New York, New York 10010-1601 | TEL (212) 849-7000 FAX (212) 849-7100

WRITER'S DIRECT DIAL NO.
**(212) 849-7471**

WRITER'S EMAIL ADDRESS
**coreyworcester@quinnemanuel.com**

March 3, 2017

**VIA ECF**

The Honorable Valerie E. Caproni
United States District Court
Southern District of New York
40 Foley Square, Room 240
New York, NY 10007

Re:   *Amira Nature Foods, Ltd. v. Prescience Point LLC, et al.*, No. 15-cv-09655 (VEC)

Dear Judge Caproni:

Pursuant to the Court's November 1, 2016 Order (ECF # 71), Plaintiff Amira Nature Foods, Ltd. and Defendants Prescience Point LLC, Prescience Partners, LP, Prescience Investment Group LLC, Prescience Capital, LLC, and Eiad Asbahi (collectively, the "Parties") write jointly to report on the status of discovery.

The Parties agreed to try to resolve this dispute without further litigation and engaged in a mediation process late last year.  The Parties have not resolved their issues, but have continued settlement discussions and have made progress toward doing so.

The Parties exchanged initial disclosures, have served interrogatories, and have discussed deadlines for completing the rest of discovery.  Thus far, the parties have been able to reach cooperative agreement on all discovery issues.  The parties will update the Court if they believe that they need the Court's assistance in resolving any discovery disputes or providing relief from any deadlines.

quinn emanuel urquhart & sullivan, llp

LOS ANGELES | NEW YORK | SAN FRANCISCO | SILICON VALLEY | CHICAGO | WASHINGTON, DC | HOUSTON | SEATTLE
LONDON | TOKYO | MANNHEIM | MOSCOW | HAMBURG | PARIS | MUNICH | SYDNEY | HONG KONG | BRUSSELS | ZURICH

Respectfully Submitted,

_(signature)_  
R. Corey Worcester  
QUINN EMANUEL URQUHART &  
  SULLIVAN LLP  
51 Madison Avenue  
22nd Floor  
New York, NY 10010  
(212) 849-7000  
coreyworcester@quinnemanuel.com  

*Counsel for Amira Nature Foods, Ltd.*

_(signature)_  
Joseph L. Sorkin  
AKIN GUMP STRAUSS HAUER &  
  FELD LLP  
One Bryant Park  
Bank of America Tower  
New York, NY 10036  
(212) 872-1000  
jsorkin@akingump.com  

*Counsel for Prescience Point LLC, Prescience Parters, LP, Presdience Investment Group LLC, Prescience Capital, LLC, Eiad Asbahi*