UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

AMIRA NATURE FOODS, LTD.,

        Plaintiff,

v.

PRESCIENCE POINT LLC, PRESCIENCE PARTNERS, LP, PRESCIENCE INVESTMENT GROUP LLC, PRESCIENCE CAPITAL, LLC, and EIAD ASBAHI,

        Defendants.

Civ. Action No. 15-CV-09655(VEC)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 4/6/2017

## STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE PURSUANT TO F.R.C.P. 41(a)(1)(A)(ii)

IT IS HEREBY STIPULATED AND AGREED by and between the Parties and their respective counsel, who have entered into a settlement agreement, that the above-captioned action is voluntarily dismissed with prejudice pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure against Defendants Prescience Point LLC, Prescience Partners, LP, Prescience Investment Group LLC, Prescience Capital, LLC, and Eiad Asbahi.

DATED: New York, New York
April 6, 2017

Respectfully Submitted,

| QUINN EMANUEL URQUHART & SULLIVAN, LLP | AKIN GUMP STRAUSS HAUER & FELD, LLP |
|---|---|
| */s/ Corey Worcester* | */s/ Joseph L. Sorkin* |
| Tai-Heng Cheng (taihengcheng@quinnemanuel.com) R. Corey Worcester (coreyworcester@quinnemanuel.com) 51 Madison Avenue, 22nd Floor New York, New York 10010 Telephone: (212) 849-7000 Fax: (212) 849-7100 | Joseph L. Sorkin (jsorkin@akingump.com) Michael Asaro (masaro@akingump.com) Sydney Spector (sspector@akingump.com) Katherine Porter (kporter@akingump.com) One Bryant Park Bank of America Tower New York, NY 10036-6745 New York, New York 10010 Telephone: (212) 872-1000 Fax: (212) 872-1002 |
| Lauren Weeman Misztal (*pro hac vice*) (laurenmiszta@quinnemanuel.com) 777 6th Street, NW, 11th Floor Washington, D.C. 20001 Telephone: (202) 538-8000 Fax: (202) 538-8100 | |
| *Counsel for Plaintiff Amira Nature Foods, Ltd.* | *Counsel for Defendants Prescience Point LLC, Prescience Partners, LP, Prescience Investment Group LLC, Prescience Capital, LLC, and Eiad Asbahi* |

SO ORDERED.

*/s/ Valerie Caproni*

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE
4/6/2017